IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 06-31641 |
| NEWELL, JON W.<br>NEWELL, AMY F., | Chapter 7 |
| Debtors. | |

NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

    Verizon North Inc.
    AFN/Verizon
    404 Brock Drive                                  $28.32
    Bloomington, IN 61701

Dated: March 8, 2010

                                  Respectfully submitted,

                                  /s/Jacqueline Sells Homann
                                  Jacqueline Sells Homann
                                  Jones Obenchain, LLP
                                  600 KeyBank Building
                                  202 South Michigan Street
                                  South Bend, Indiana 46601
                                  (574) 233-1194 / Fax (574) 233-8957

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March 2010, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Conni L. Walkup | United States Trustee |
| conniwalkup@hotmail.com | ustpregion10.so.ecf@usdoj.gov |

                                  /s/ Jacqueline Sells Homann
                                  Jacqueline Sells Homann